No. 251. G. L. CENTER *v.* UNITED STATES. Error to the District Court of the United States for the Western District of South Carolina. Argued January 27, 1925. Decided February 2, 1925. *Per Curiam.* Affirmed, upon

the authority of *Bordeau* v. *McDowell*, 256 U. S. 465, 475. *Mr. Assistant Attorney General Donovan* for the United States. *Mr. Richard A. Ford*, for plaintiff in error, submitted.